# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN TRULLINGER, et al., | CASE NO. CV F 12-527 LJO JLT<br>**NEW CASE NO. CV F 12-527 JLT** |
| Plaintiffs, | **AMENDED ORDER TO REASSIGN ACTION** |
| vs. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

All parties have consented to the conduct before a United States Magistrate Judge of all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). Accordingly, this Court REASSIGNS this action temporarily to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. Further papers shall bear the new case number CV F 12-527 JLT.

IT IS SO ORDERED.

**Dated:   July 25, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1