1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  United States Attorney's Office
   Eastern District of California
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559)497-4000
   Fax:       (559)497-4099
6
   Attorneys for Defendant UNITED STATES OF AMERICA
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 DENA TRULLINGER, et al.,    )  1:12-cv-00527-JLT
                                )
12                              )  **STIPULATION AND ORDER FOR THE**
                  Plaintiffs,   )  **PHYSICAL EXAMINATION OF**
13                              )  **PLAINTIFF DENA TRULLINGER**
        v.                      )
14                              )
                                )
15 UNITED STATES POSTAL         )
   SERVICE, et al.,             )
16                              )
                                )
17                Defendants.   )
                                )
18 ─────────────────────────────

19
20      The parties to this action hereby stipulate and agree as
21 follows:
22      1.   A controversy exists regarding the physical condition
23 of Plaintiff DENA TRULLINGER, and good cause exists for a
24 physical examination of Plaintiff.
25      2.   A physical examination of Plaintiff will be conducted
26 by Harvey Lawrence Edmonds, MD, a licensed physician with an
27 emphasis in neurology.  The examination will take place on
28
   STIPULATION AND PROPOSED ORDER FOR                            1
   THE PHYSICAL EXAMINATION OF PLAINTIFF
   DENA TRULLINGER

1  January 22, 2013, at 1:00 p.m., at Dr. Edmonds' office, located
2  at 728 E. Bullard Avenue, Suite 104, Fresno, California 93710;
3  telephone No. (559) 436-9800.
4      3.   The examination will be conducted for the purpose of
5  determining the nature and extent of Plaintiff's injuries and the
6  relationship thereof to the claims which are the subject of this
7  litigation, and will consist of all necessary and customary
8  activities required to make such a determination, including but
9  not limited to medical history, history of the ailments relating
10 to the claims of the lawsuit, and physical examination and
11 evaluation.
12     4.   Counsel for defendant will provide a copy of
13 Dr. Edmonds' report to plaintiffs' counsel as soon as it is
14 available.
15     5.   Defendant will bear the cost of the examination.

                                     Respectfully submitted,

Dated: January 11, 2013              BENJAMIN B. WAGNER
                                     United States Attorney


                                By:  /s/ Benjamin E. Hall
                                     BENJAMIN E. HALL
                                     Assistant U.S. Attorney
                                     Attorneys for Defendant
                                     United States of America


Dated: January 11, 2013              Law Offices of Timothy J.
                                     Lemucchi

                                     [Authorized 1/11/13]

                                By:  /s/ Timothy J. Lemucchi
                                     TIMOTHY J. LEMUCCHI
                                     Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  **January 14, 2013**                              /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE