```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  United States Attorney's Office
   Eastern District of California
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559)497-4000
   Fax:       (559)497-4099
6
   Attorneys for Defendant UNITED STATES OF AMERICA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, et al., )<br>) | 1:12-cv-00527-JLT |
| ) | **STIPULATION AND ORDER FOR THE** |
| Plaintiffs, ) | **PHYSICAL EXAMINATION OF** |
| ) | **PLAINTIFF DENA TRULLINGER** |
| v.  ) | |
| ) | |
| UNITED STATES POSTAL ) | |
| SERVICE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

   The parties to this action hereby stipulate and agree as follows:

   1.   A controversy exists regarding the physical condition of Plaintiff DENA TRULLINGER, and good cause exists for a physical examination of Plaintiff.

   2.   A physical examination of Plaintiff will be conducted by Harvey Lawrence Edmonds, MD, a licensed physician with an emphasis in neurology.  The examination will take place on

STIPULATION AND PROPOSED ORDER FOR
THE PHYSICAL EXAMINATION OF PLAINTIFF
DENA TRULLINGER

1

January 22, 2013, at 1:00 p.m., at Dr. Edmonds' office, located at 728 E. Bullard Avenue, Suite 104, Fresno, California 93710; telephone No. (559) 436-9800.

3. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's injuries and the relationship thereof to the claims which are the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims of the lawsuit, and physical examination and evaluation.

4. Counsel for defendant will provide a copy of Dr. Edmonds' report to plaintiffs' counsel as soon as it is available.

5. Defendant will bear the cost of the examination.

Respectfully submitted,

Dated: January 11, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

Dated: January 11, 2013

Law Offices of Timothy J. Lemucchi

[Authorized 1/11/13]

By:  /s/ Timothy J. Lemucchi
TIMOTHY J. LEMUCCHI
Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER FOR
THE PHYSICAL EXAMINATION OF PLAINTIFF
DENA TRULLINGER

2

**ORDER**

IT IS SO ORDERED.

Dated:  **January 14, 2013**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE