BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Attorney's Office
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Fax:       (559)497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DENA TRULLINGER, et al., | ) | 1:12-cv-00527-JLT |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULE FOR DISCLOSURE OF EXPERT WITNESSES** |
| v. | ) | |
| UNITED STATES POSTAL SERVICE, et al., | ) | |
| Defendants. | ) | |

The parties to this action stipulate and agree, and request that the Court order, that the deadlines for the parties' disclosure of expert witnesses be continued by one week, so that initial expert disclosures are due March 29, 2013, and rebuttal expert disclosures are due May 10, 2013, with all other pre-trial and trial deadlines remaining unchanged.

STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULE FOR DISCLOSURE OF EXPERT WITNESSES

1

|     |                          |                                                                 |
| --- | ------------------------ | --------------------------------------------------------------- |
| 1   |                          | Respectfully submitted,                                         |
| 2   | Dated: March 19, 2013    | BENJAMIN B. WAGNER<br>United States Attorney                    |
| 3   |                          |                                                                 |
| 4   |                          | By:  /s/ Benjamin E. Hall                                       |
| 5   |                          | BENJAMIN E. HALL<br>Assistant U.S. Attorney                     |
| 6   |                          | Attorneys for Defendant<br>United States of America             |
| 7   | Dated: March 19, 2013    | Law Offices of Timothy J. Lemucchi                              |
| 8   |                          |                                                                 |
| 9   |                          | [Authorized 3-19-13]                                            |
| 10  |                          | By:  /s/ Timothy J. Lemucchi<br>TIMOTHY J. LEMUCCHI              |
|     |                          | Attorneys for Plaintiffs                                        |

**ORDER**

IT IS SO ORDERED.

Dated:  **March 20, 2013**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE