BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | Case No.: 1:12-CV-00527 JLT <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND EXPERT DISCOVERY DEADLINE** <br><br> (Doc. 36) |

The parties to this action stipulate and request that the Court order a one-week extension of the expert discovery deadline for the reasons set forth below.

In its Order Granting in Part Stipulation to Amend Scheduling Order (Doc. 35), the Court set September 16, 2013, as the last day for the parties to complete expert discovery.  The parties have completed all expert discovery except the deposition of defense biomechanical expert Rajeev Kelkar, Ph.D.  Dr. Kelkar's deposition was timely noticed for September 11, 2013, but could not be completed on the agreed date due to an unforeseen delay in Dr. Kelkar's trial testimony in another case.  The parties have agreed that Dr. Kelkar's deposition will proceed at 1:30 p.m. on September 23, 2013, the next date available to the witness and counsel.  The parties therefore respectfully request that the deadline for completing expert discovery be extended by one week, to September 23, 2013.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 16, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorneys for Defendant |
| Dated: September 16, 2013 | LAW OFFICES OF CRAIG A. EDMONDSTON<br>(Authorized 9/16/13)<br><br>/s/ Craig A. Edmondston<br>CRAIG A. EDMONSTON<br>Attorneys for Plaintiffs |

## **ORDER**

IT IS SO ORDERED.

Dated:   **September 16, 2013**         **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE