UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, et al.,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>   Defendants. | CASE NO. 1:12-CV-00527 JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 40)** |

On November 27, 2013, the parties filed a joint notice indicating they have settled the matter. They anticipate that they will finalize the settlement shortly. Therefore, the Court **ORDERS**:

1. No later than **December 27, 2013**, Plaintiff **SHALL** file the motion for approval of the minors' compromise in accordance with Local Rule 202(b);

2. All pending dates, motions, conferences and hearings, including the trial, are **VACATED**.

IT IS SO ORDERED.

   Dated:   **December 2, 2013**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE