UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:12-CV-00527 JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 40)** |

On November 27, 2013, the parties filed a joint notice indicating they have settled the matter. They anticipate that they will finalize the settlement shortly. Therefore, the Court **ORDERS**:

　　　1.　　No later than **December 27, 2013**, Plaintiff **SHALL** file the motion for approval of the minors' compromise in accordance with Local Rule 202(b);

　　　2.　　All pending dates, motions, conferences and hearings, including the trial, are **VACATED**.

IT IS SO ORDERED.

　　Dated:　**December 2, 2013**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE